IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DAVID B. FAVA  CASE NO.: 16-51017 KMS
DEBTOR  CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

Kimberly R. Lentz, Chapter 7 Trustee submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to 11 U.S.C. §347 and Fed. R. Bankr. P. 3011.

PAYEE:  DAVID B. FAVA
111 SUFOLK ST
LONG BEACH, MS 39560

AMOUNT:  $51,328.11

REASON:  Payee did not negotiate check.

Respectively Submitted,
KIMBERLY R. LENTZ, TRUSTEE

/s/ Kimberly R. Lentz
Kimberly R. Lentz, Attorney (Bar No. 8986)

OF COUNSEL:
Kimberly R. Lentz, Esq.
Chapter 7 Trustee
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee:  USTPRegion05.JA.ECF@usdoj.gov

I further certify that I mailed a true and correct copy of the foregoing document to:
DAVID B. FAVA
111 SUFOLK ST
LONG BEACH, MS 39560

This the 2nd day of December, 2022.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**AXOS BANK**
4350 La Jolla Village Dr, Suite 140
San Diego, CA 92122

Kimberly R. Lentz, Trustee
Post Office Box 927
Gulfport, MS 39502

Remit To Court

90-8725/1222
**CHECK NUMBER**
**2014**

| DATE | AMOUNT |
|---|---|
| 12/2/22 | $*********51,328.11 |

PAY TO THE ORDER OF
FOR CHECK VERIFICATION: 888-374-8267 Option 8

Clerk, U.S. Bankruptcy Court

CASE NUMBER
16-51017-KMS

ESTATE OF
Debtor: DAVID B FAVA

Fifty One Thousand Three Hundred Twenty Eight Dollars And 11/100

CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑃"002014"⑃ ⑆122287251⑆ 7440500000634"⑃

---

| Date: 12/2/22 | Check Number: 2014 | Amount: $51,328.11 |
|---|---|---|

Case Number 16-51017-KMS
Debtor Name: DAVID B FAVA

Paid To:   Clerk, U.S. Bankruptcy Court

Trustee:   Kimberly R. Lentz, Trustee
Post Office Box 927
Gulfport, MS 39502

Description:   Remit To Court

*unclaimed funds*

Bank Account Number: 7440500000634

---

| Date: 12/2/22 | Check Number: 2014 | Amount: $51,328.11 |
|---|---|---|

Case Number 16-51017-KMS
Debtor Name: DAVID B FAVA

Paid To:   Clerk, U.S. Bankruptcy Court

Trustee:   Kimberly R. Lentz, Trustee
Post Office Box 927
Gulfport, MS 39502

Description:   Remit To Court

Bank Account Number: 7440500000634