**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** MISSISSIPPI
GULFPORT 6 **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DAVID B FAVA | § | Case No. 16-51017-KMS |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kimberly R. Lentz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 63,883.46                      Assets Exempt: 76,600.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 28,860.26      Claims Discharged
                                                 Without Payment: 361,490.16

Total Expenses of Administration: 9,811.63

3) Total gross receipts of $90,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $51,328.11 (see **Exhibit 2**), yielded net receipts of $38,671.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $70,478.25 | $48,088.95 | $48,088.95 | $5,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,811.63 | 9,811.63 | 9,811.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 78,591.82 | 4,940.00 | 950.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 311,363.50 | 31,784.03 | 22,828.80 | 23,860.26 |
| **TOTAL DISBURSEMENTS** | $460,433.57 | $94,624.61 | $81,679.38 | $38,671.89 |

4)  This case was originally filed under chapter  on 06/16/2016, and it was converted to chapter 7 on 07/19/2019.  The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2022                          By:/s/Kimberly R. Lentz
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HEIR PROPERTY LOCATED ON E. SECOND STREET, PASS CHRISTIAN, MS | 1229-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID B FAVA | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-001 | 51,328.11 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$51,328.11** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keesler FCU, PO Box 7001 Biloxi MS 39534 | | 8,000.00 | NA | NA | 0.00 |
| 2 | Keesler Fcu | 4110-000 | 24,989.00 | 23,644.06 | 23,644.06 | 0.00 |
| 3 | Keesler Fcu | 4210-000 | 20,023.00 | 19,444.89 | 19,444.89 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Robert H. Koon, Attorney At Law | 4220-000 | 17,466.25 | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL SECURED CLAIMS** | | | $70,478.25 | $48,088.95 | $48,088.95 | $5,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kimberly R. Lentz | 2100-000 | NA | 4,617.19 | 4,617.19 | 4,617.19 |
| Kimberly R. Lentz | 2200-000 | NA | 73.16 | 73.16 | 73.16 |
| KIMBERLY LENTZ | 2300-000 | NA | 37.92 | 37.92 | 37.92 |
| Axos Bank | 2600-000 | NA | 1,269.24 | 1,269.24 | 1,269.24 |
| UNITED STATES BANKRUPTCY COURT (JACKSON) | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| MISSISSIPPI DEPARTMENT OF REVENUE | 2820-000 | NA | 245.00 | 245.00 | 245.00 |
| LENTZ & LITTLE PA | 3110-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| LENTZ & LITTLE PA | 3120-000 | NA | 497.12 | 497.12 | 497.12 |
| BEN YOUNG | 3410-000 | NA | 1,062.00 | 1,062.00 | 1,062.00 |
| BEN YOUNG | 3420-000 | NA | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $9,811.63 | $9,811.63 | $9,811.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Harold Grissom, Esq, 1816 23rd Ave Gulfport MS 39501 | | 7,375.00 | NA | NA | 0.00 |
| | Jennifer Fava, 17 Ryan Circle Long Beach MS 39560 | | 57,000.00 | NA | NA | 0.00 |
| | Jennifer Fava, 17 Ryan Circle Long Beach MS 39560 | | 3,927.91 | NA | NA | 0.00 |
| | Keesler FCU, PO Box 7001 Biloxi MS 39534 | | 6,361.00 | NA | NA | 0.00 |
| 6 | Jennifer Fava | 5800-000 | 0.00 | 950.00 | 950.00 | 0.00 |
| 7 | Mdhs-Csls | 5800-000 | 3,927.91 | 3,990.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $78,591.82 | $4,940.00 | $950.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One, PO Box 60599 City of Industry CA 91716 |  | 1,335.00 | NA | NA | 0.00 |
|  | Department of Education, PO Box 740283 Atlanta GA 30374 |  | 37,491.25 | NA | NA | 0.00 |
|  | Franklin American Mortgage Co, PO Box 77404 Ewing NJ 08618 |  | 240,000.00 | NA | NA | 0.00 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 1,335.00 | 1,871.02 | 1,488.32 | 1,488.32 |
| 1 | Keesler Fcu | 7100-000 | 6,361.00 | 5,071.76 | 5,071.76 | 5,071.76 |
| 4 | Robert H. Koon, Attorney At Law | 7100-000 | 17,466.25 | 17,466.25 | 8,893.72 | 8,893.72 |
| 9 | Harold O. Grissom, Jr. | 7200-000 | 7,375.00 | 7,375.00 | 7,375.00 | 7,375.00 |
|  | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 55.16 |
|  | Harold O. Grissom, Jr. | 7990-000 | NA | NA | NA | 273.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keesler Fcu | 7990-000 | NA | NA | NA | 187.98 |
| | Robert H. Koon, Attorney At Law | 7990-000 | NA | NA | NA | 514.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $311,363.50 | $31,784.03 | $22,828.80 | $23,860.26 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-51017 | KMS | Judge: | Katharine M. Samson | Trustee Name: | Kimberly R. Lentz |
| Case Name: | DAVID B FAVA | | | | Date Filed (f) or Converted (c): | 07/19/2019 (c) |
| | | | | | 341(a) Meeting Date: | 09/10/2019 |
| For Period Ending: | 12/08/2022 | | | | Claims Bar Date: | 04/27/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor Owns No Real Property None | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2012 Ford F150  2012 Ford F150 Debtor's Son Will Drive Vehicle | 24,000.00 | 0.00 | | 0.00 | FA |
| 3. 2009 Infinity G37  2009 Infinity G37 | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. 2013 Mazda 6  2013 Mazda 6 Debtor's Daughter's Car | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. Hhg | 800.00 | 0.00 | | 0.00 | FA |
| 6. Clothes And Personal Items | 800.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account Keesler *9693 Account Frozen Per Garnishment | 11,883.46 | 0.00 | | 0.00 | FA |
| 8. 401(K) Or Similar Plan Pers | 60,000.00 | 0.00 | | 0.00 | FA |
| 9. Federal: Federal. Amt: $5,000.00 State: State. Amt: $5,000.00 Local: Earned Income Credit. Amt: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Federal: Federal. Amt: $5,000.00 State: State. Amt: $5,000.00 Local: Earned Income Credit. Amt: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. Federal: Federal. Amt: $5,000.00 State: State. Amt: $5,000.00 Local: Earned Income Credit. Amt: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. HEIR PROPERTY LOCATED ON E. SECOND STREET, PASS CHRISTIAN, MS (u) | 0.00 | 90,000.00 | | 90,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $140,483.46 $90,000.00 $90,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

Initial Projected Date of Final Report (TFR): 04/07/2022      Current Projected Date of Final Report (TFR): 08/30/2022

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-51017  
Case Name: DAVID B FAVA  
Taxpayer ID No: XX-XXX3157  
For Period Ending: 12/08/2022  

Trustee Name: Kimberly R. Lentz  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0634  
Checking  
Blanket Bond (per case limit): $26,804,770.00  
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/21 | 12 | CHARLES T. DYER C/O ZACH BUTTERWORTH | PROCEEDS FROM SALE OF INTEREST IN REAL PROPERTY WILL HOLD CASHIERS CHECK UNTIL AUCTION IS HELD ON APRIL 6, 2021. DEPENDING ON WHO PURCHASER IS THE CHECK MAY BE RETURNED. | 1229-000 | $40,000.00 | | $40,000.00 |
| 04/07/21 | 12 | CHARLES T. DYER | PROCEEDS FROM SALE OF INTEREST IN REAL PROPERTY | 1229-000 | $50,000.00 | | $90,000.00 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.93 | $89,923.07 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.29 | $89,823.78 |
| 06/01/21 | 2001 | Robert H. Koon, Attorney At Law Po Box 4015 Gulfport, Ms 39502 | PAYMENT FOR CLAIM NO. 4-1 PER DKT#159 | 4220-000 | | $5,000.00 | $84,823.78 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.13 | $84,730.65 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.55 | $84,637.10 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.45 | $84,543.65 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.33 | $84,453.32 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.25 | $84,360.07 |

Page Subtotals: $90,000.00  $5,639.93

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-51017  
Case Name: DAVID B FAVA  
Taxpayer ID No: XX-XXX3157  
For Period Ending: 12/08/2022  

Trustee Name: Kimberly R. Lentz  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0634  
Checking  
Blanket Bond (per case limit): $26,804,770.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.14 | $84,269.93 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.04 | $84,176.89 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.95 | $84,083.94 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.85 | $84,000.09 |
| 03/07/22 | 2002 | KIMBERLY LENTZ | BOND REIMBURSEMENT PER DKT#425 | 2300-000 | | $37.92 | $83,962.17 |
| 03/29/22 | 2003 | BEN YOUNG 9490 THREE RIVERS ROAD GULFPORT, MS 39503 | ACCOUNTANT FEES AND EXPENSES PER DKT#176 | | | $1,162.00 | $82,800.17 |
| | | BEN YOUNG | ($100.00) | 3420-000 | | | |
| | | BEN YOUNG | ($1,062.00) | 3410-000 | | | |
| 03/29/22 | 2004 | MISSISSIPPI DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 22808 Jackson, Ms 39225-2808 | ESTATE INCOME TAXES PER DKT#175 | 2820-000 | | $245.00 | $82,555.17 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.71 | $82,462.46 |
| 04/25/22 | 2005 | LENTZ & LITTLE PA PO BOX 927 GULFPORT, MS  39502 | ATTORNEY FEES AND EXPENSES PER DKT#179 | | | $2,147.12 | $80,315.34 |
| | | LENTZ & LITTLE PA | ($1,650.00) | 3110-000 | | | |
| | | LENTZ & LITTLE PA | ($497.12) | 3120-000 | | | |

Page Subtotals: $0.00    $4,044.73

UST Form 101-7-TDR (10/1/2010) (Page: 11)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-51017  
Case Name: DAVID B FAVA  
Taxpayer ID No: XX-XXX3157  
For Period Ending: 12/08/2022  

Trustee Name: Kimberly R. Lentz  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0634  
Checking  
Blanket Bond (per case limit): $26,804,770.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.04 | $80,227.30 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.58 | $80,138.72 |
| 08/25/22 | 2006 | UNITED STATES BANKRUPTCY COURT (JACKSON) 501 EAST COURT STREET SUITE 2.300 JACKSON, MS 39201 | Partial Distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $79,878.72 |
| 08/25/22 | 2007 | Kimberly R. Lentz 2505 14th Street, Suite 500 Gulfport, MS 39501 | Partial Distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $4,617.19 | $75,261.53 |
| 08/25/22 | 2008 | Kimberly R. Lentz 2505 14th Street, Suite 500 Gulfport, MS 39501 | Partial Distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $73.16 | $75,188.37 |
| 08/25/22 | 2009 | Keesler Fcu Po Box 7001 Biloxi, Ms 39534 | Partial Distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | | | $5,259.74 | $69,928.63 |
| | | | ($187.98) | 7990-000 | | | |
| | | Keesler Fcu | Partial Distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | ($5,071.76) | 7100-000 | | |
| 08/25/22 | 2010 | Robert H. Koon, Attorney At Law Po Box 4015 Gulfport, Ms 39502 | Partial Distribution to claim 4 creditor account # representing a payment of 64.01 % per court order. | | | $9,408.69 | $60,519.94 |
| | | | ($514.97) | 7990-000 | | | |
| | | Robert H. Koon, Attorney At Law | Partial Distribution to claim 4 creditor account # representing a payment of 64.01 % per court order. | ($8,893.72) | 7100-000 | | |

Page Subtotals: $0.00 $19,795.40

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-51017  
Case Name: DAVID B FAVA  
Taxpayer ID No: XX-XXX3157  
For Period Ending: 12/08/2022

Trustee Name: Kimberly R. Lentz  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0634  
Checking  
Blanket Bond (per case limit): $26,804,770.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/22 | 2011 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Partial Distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | | | $1,543.48 | $58,976.46 |
| | | | ($55.16) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Partial Distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. ($1,488.32) | 7100-000 | | | |
| 08/25/22 | 2012 | Harold O. Grissom, Jr. 1816 23rd Ave. Gulfport, MS 39501 | Partial Distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | | | $7,648.35 | $51,328.11 |
| | | | ($273.35) | 7990-000 | | | |
| | | Harold O. Grissom, Jr. | Partial Distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. ($7,375.00) | 7200-000 | | | |
| 08/25/22 | 2013 | DAVID B FAVA 111 SUFFOLK ST. LONG BEACH, MS 39560 | Distribution of surplus funds to debtor. | 8200-000 | | $51,328.11 | $0.00 |
| 12/02/22 | 2013 | DAVID B FAVA 111 SUFFOLK ST. LONG BEACH, MS 39560 | Distribution of surplus funds to debtor. Reversal | 8200-000 | | ($51,328.11) | $51,328.11 |
| 12/02/22 | 2014 | Clerk, U.S. Bankruptcy Court | Remit To Court | 8200-001 | | $51,328.11 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $90,000.00 | $90,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $90,000.00 | $90,000.00 |
| Less: Payments to Debtors | $0.00 | $51,328.11 |
| Net | $90,000.00 | $38,671.89 |

Page Subtotals: $0.00 $60,519.94

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0634 - Checking | $90,000.00 | $38,671.89 | $0.00 |
| | $90,000.00 | $38,671.89 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $90,000.00 |
| Total Gross Receipts: | $90,000.00 |

Page Subtotals:        $0.00         $0.00